preme Court of the Philippines denied. *Mr. A. D. Gibbs* for petitioner. *Messrs. Jose Yulo, Clyde Alton Dewitt* and *Eugene Arthur Perkins* for respondents.

No. 223. NATIONAL CONFERENCE ON LEGALIZING LOTTERIES, INC., *v.* FARLEY, POSTMASTER GENERAL. October 10, 1938. Petition for writ of certiorari to the Court of Appeals for the District of Columbia denied. *Mr. Horace J. Donnelly, Jr.* for petitioner. *Solicitor General Jackson, Assistant Attorney General McMahon,* and *Messrs. William W. Barron* and *W. Marvin Smith* for respondent.

No. 224. PENNSYLVANIA PUBLIC UTILITY COMM'N *v.* UNION TRACTION CO. ET AL. October 10, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Messrs. Joseph Ominsky* and *Guy K. Bard* for petitioner. *Messrs. Francis Shunk Brown* and *Joseph Gilfillan* for respondents.

No. 226. PERRY *v.* UNITED STATES. October 10, 1938. Petition for writ of certiorari to the Court of Claims denied. *Messrs. John M. Perry* and *Hersey Egginton* for petitioner. *Solicitor General Jackson,* and *Messrs. Harry LeRoy Jones, Paul A. Freund, Herman Oliphant,* and *Bernard Bernstein* for the United States.

No. 230. EQUITABLE LIFE ASSURANCE SOCIETY ET AL. *v.* MACDONALD. October 10, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Stephen V. Carey* for petitioners. *Mr. W. C. McCulloch* for respondent.